IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Posey, | NO. C 10-03067 JW |
| Petitioner, | **ORDER UNSEALING CASE; SETTING HEARING ON PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| Ron Barnes, | |
| Respondent. | |

Presently before the Court is Petitioner's Petition for Writ of Habeas Corpus. (hereafter, "Petition," Docket Item No. 1.) In his Petition, Petitioner challenges his detention at the California Correctional Center in Susanville, California, pursuant to 28 U.S.C. § 2254.[1] On September 3, 2010, the Court ordered Respondent to show cause why the Petition should not be granted. (September 3 Order at 1.) In its September 3 Order, the Court also observed that the Petition is "presently under seal . . . based on the representation that the Petition was sealed by the state court," and ordered Respondent to "address the issue of whether the Petition should remain under seal in federal court." (Id. at 3.)

As a preliminary matter, the Court finds good cause to unseal this case at this time. In response to the September 3 Order, Respondent filed a brief contending that it was "not a party to the action which resulted in the [state court] issuing [an order to seal]," and further contending that it

---

[1] (See Order to Show Cause re: Writ of Habeas Corpus Petition at 1, hereafter, "September 3 Order," Docket Item No. 6.)

"takes no position on whether the information [at issue in this case] should remain under seal."[2]  In light of the fact that no party to this case has contended that this case should remain sealed, the Court does not find good cause for the case to remain under seal in federal court.  Accordingly, the Court ORDERS the Clerk to immediately unseal this case.

Moreover, in light of the fact that the Petition has been fully briefed, the Court finds good cause to set a hearing on the Petition.  Further, the Court has selected this case for a specially set hearing to be held at Santa Clara University School of Law.[3]  The hearing will take place on **Wednesday, March 21, 2012 at 3:00 p.m.**  In light of the special setting, the Court allocates thirty (30) minutes for each side for oral argument.

Dated: February 9, 2012

JAMES WARE
United States District Chief Judge

---

[2] (Memorandum of Points and Authorities at 28, Docket Item No. 13.) Respondent contends that the "interested party," for purposes of the information at issue, is Napa County Counsel. (Id.) However, Napa County Counsel is not a party to this case.

[3] 500 El Camino Real, Santa Clara, CA
Panelli Moot Court Room
Bergin Hall, Rm. 116.

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Dylan Leon Schaffer dylan@dylanschaffer.com
Aileen Bunney aileen.bunney@doj.ca.gov
Peggy S. Ruffra peggy.ruffra@doj.ca.gov

**Dated: February 9, 2012**          **Richard W. Wieking, Clerk**

                                     **By:    /s/ JW Chambers**
                                     **Susan Imbriani**
                                     **Courtroom Deputy**

United States District Court
For the Northern District of California