IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Posey, | NO. C 10-03067 JW |
|       Petitioner, <br> v. <br> Ron Barnes, <br>       Respondent. | **ORDER REQUIRING THAT INADVERTENTLY DOCKETED ITEM BE IMMEDIATELY REMOVED FROM THE DOCKET** |

On February 13, 2012, the Clerk inadvertently docketed a chambers' copy of a document in this case as Docket Item No. 13. The Court ORDERS that this document be immediately removed from the docket.

Dated: February 13, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Dylan Leon Schaffer dylan@dylanschaffer.com
Aileen Bunney aileen.bunney@doj.ca.gov
Peggy S. Ruffra peggy.ruffra@doj.ca.gov

**Dated: February 13, 2012**                    **Richard W. Wieking, Clerk**

                                                **By:    /s/ JW Chambers**
                                                     **Susan Imbriani**
                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California