IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Posey, | NO. C 10-03067 JW |
| Petitioner, | **JUDGMENT** |
| v. | |
| Ron Barnes, Warden, | |
| Respondent. / | |

Pursuant to the Court's August 29, 2012 Order Denying Petition for Writ of Habeas Corpus; Denying Certificate of Appealability, judgment is entered in favor of Respondent Ron Barnes, Warden and against Petitioner Michael Posey.

Each party shall bear its own fees and costs. The Clerk shall close this file.

Dated: August 29, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aileen Bunney aileen.bunney@doj.ca.gov
Peggy S. Ruffra peggy.ruffra@doj.ca.gov
Dylan Leon Schaffer dylan@dylanschaffer.com

**Dated:  August 29, 2012**                              **Richard W. Wieking, Clerk**

                                                         **By:      /s/ JW Chambers**
                                                                 **William Noble**
                                                                 **Courtroom Deputy**